No. 2015-1923

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

EDWIN LYDA,
*Plaintiff-Appellant,*

v.

CBS CORPORATION, and CBS INTERACTIVE, INC.,
*Defendants-Appellees.*

Appeals from the United States District Court for the Southern District of New York in Case No. 1:14-CV-06572 VEC, Judge Valerie E. Caproni

**DEFENDANTS-APPELLEES CBS CORPORATION AND CBS INTERACTIVE, INC.'S UNOPPOSED MOTION FOR AN INITIAL SEVENTEEN DAY EXTENSION OF TIME TO FILE THEIR INITIAL BRIEF**

Thomas M. Peterson
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA  94105-1126
Telephone No.:  (415) 442-1000
Facsimile No.:  (415) 442-1001

Jason C. White
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Telephone No.:  (312) 324-1000
Facsimile No.:  (312) 324-1001

Stephanie Gamiz
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178-0060
Telephone No.:  (212) 309-6000
Facsimile No.:  (212) 309-6001

Attorneys for Defendants-Appellees
CBS CORPORATION and CBS INTERACTIVE, INC.

Defendants-Appellees CBS Corporation ("CBS Corp.") and CBS Interactive, Inc. ("CBS Interactive") (collectively, "Appellees") respectfully move this Court to extend by seventeen days the deadline for Appellees to file their initial brief. This is the Appellees' first request for an extension of time. The initial brief is currently due November 27, 2015. The requested extension would extend the due date for these initial briefs up to and including Monday, December 15, 2015.

Counsel for Appellees has discussed this motion with counsel for Plaintiff-Appellant Edwin Lyda ("Appellant"). Appellant does not oppose the requested extension.

As set forth in the accompanying declaration of Thomas M. Peterson, counsel for Appellees, Appellees need additional time because the current deadline would require filing Appellees' brief on the day after Thanksgiving. Appellees' attorneys have family holiday obligations that would make it extremely difficult to meet the current briefing deadline and other, time-sensitive professional obligations that impair their ability to file the brief sooner. For these reasons, a seventeen day extension of time is hereby requested.

2

Dated: October 27, 2015            Respectfully submitted,

By:  /s/ Thomas M. Peterson
    Thomas M. Peterson
    MORGAN, LEWIS & BOCKIUS LLP
    One Market Street, Spear Tower
    San Francisco, CA  94105-1126
    Telephone:  (415) 442-1000
    Facsimile:  (415) 442-1001

    Attorneys for Defendants-Appellees
    CBS CORPORATION and CBS
    INTERACTIVE, INC.

No. 2015-1923

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

EDWIN LYDA,
*Plaintiff-Appellant,*

v.

CBS CORPORATION, and CBS INTERACTIVE, INC.,
*Defendants-Appellees.*

Appeals from the United States District Court for the Southern District of New York in Case No. 1:14-CV-06572 VEC, Judge Valerie E. Caproni

## DECLARATION OF THOMAS M. PETERSON
## REGARDING GOOD CAUSE

Thomas M. Peterson
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA  94105-1126
Telephone No.:  (415) 442-1000
Facsimile No.:  (415) 442-1001

Jason C. White
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Telephone No.:  (312) 324-1000
Facsimile No.:  (312) 324-1001

Stephanie Gamiz
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178-0060
Telephone No.:  (212) 309-6000
Facsimile No.:  (212) 309-6001

Attorneys for Defendants-Appellees
CBS CORPORATION and CBS INTERACTIVE, INC.

I, Thomas M. Peterson, am a partner with Morgan, Lewis & Bockius LLP, and counsel for Defendants-Appellees CBS Corporation ("CBS Corp.") and CBS Interactive, Inc. ("CBS Interactive") (collectively, "Appellees"). All of the facts set forth in Appellees' motion are, to the best of my knowledge, true and correct, and are based on my personal knowledge.

In accordance with Federal Circuit Rule 26(b)(5), I declare that good cause supports Appellees' accompanying motion for an extension of time. I am in charge of preparing Appellees' Brief. I have family obligations during Thanksgiving week that would make it difficult for me to file the brief on its current due date: Friday, the day after Thanksgiving, November 27. In addition, I have several other professional obligations that would interfere with my ability to complete the brief on the present timetable. These other obligations include legal research and drafting work on an appeal involving a licensing dispute, pending in the California Court of Appeal, an appeal in an environmental case, pending also before a California Court of Appeal, and an appeal of the dismissal of a securities fraud class action, pending in the Sixth Circuit.

In addition to these constraints, I am informed that colleagues who are assisting with the preparation of Appellees' Brief have their own professional and personal obligations, including Thanksgiving holiday obligations, that impair their ability to devote full attention to the preparation of Appellees' Brief under the

2

current timetable.

Under 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  October 27, 2015          Respectfully submitted,

                                          By:   /s/ Thomas M. Peterson
                                                 Thomas M. Peterson
                                                 MORGAN, LEWIS & BOCKIUS LLP
                                                 One Market Street, Spear Tower
                                                 San Francisco, CA  94105-1126
                                                 Telephone:  (415) 442-1000
                                                 Facsimile:  (415) 442-1001

No. 2015-1923

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

EDWIN LYDA,
*Plaintiff-Appellant,*

v.

CBS CORPORATION, and CBS INTERACTIVE, INC.,
*Defendants-Appellees.*

Appeals from the United States District Court for the Southern District of New York in Case No. 1:14-CV-06572 VEC, Judge Valerie E. Caproni

# CERTIFICATE OF INTEREST

| | |
|---|---|
| Thomas M. Peterson | Jason C. White |
| MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| One Market Street, Spear Tower | 77 West Wacker Drive |
| San Francisco, CA 94105-1126 | Chicago, IL 60601-5094 |
| Telephone No.: (415) 442-1000 | Telephone No.: (312) 324-1000 |
| Facsimile No.: (415) 442-1001 | Facsimile No.: (312) 324-1001 |

Stephanie Gamiz
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Telephone No.: (212) 309-6000
Facsimile No.: (212) 309-6001

Attorneys for Defendants-Appellees
CBS CORPORATION and CBS INTERACTIVE, INC.

Counsel for Defendants-Appellees CBS Corporation ("CBS Corp.") and CBS Interactive, Inc. ("CBS Interactive") (collectively, "Appellees") certifies the following:

1. The full names of every party or amicus represented by me are: CBS CORPORATION and CBS INTERACTIVE, INC.

2. The name of the real parties in interest represented by me is: CBS CORPORATION and CBS INTERACTIVE, INC.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are: CBS Interactive, Inc. is a direct, wholly owned subsidiary of CBS Corporation. CBS Corporation is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of CBS Corporation. Otherwise, with respect to ownership of the Class A voting stock of CBS Corporation in the amount of 10% or more, CBS Corporation is only aware of the following information based upon filings made pursuant to Section 13(d) or Section 13(g) of the Securities and Exchange Act of 1934: according to a Schedule 13D dated February 25, 2011, and filed with the SEC on March 15, 2011, GAMCO Investors, Inc., along with certain entities and persons

affiliated therewith, hold shares representing, as of February 28, 2015, approximately 11.7% of CBS Corporation's Class A voting stock, and CBS Corporation is not aware of any other publicly traded corporation that owns 10% or more of its voting stock.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this court are:

<u>MORGAN, LEWIS & BOCKIUS LLP</u>
Jason C. White
Thomas M. Peterson
Scott D. Sherwin
Mansi H. Shah (former)
Stephanie Gamiz

Dated: October 27, 2015              Respectfully submitted,

By:  /s/ Thomas M. Peterson
Thomas M. Peterson
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

Attorneys for Defendants-Appellees
CBS CORPORATION and CBS
INTERACTIVE, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing DEFENDANTS-APPELLEES CBS CORPORATION AND CBS INTERACTIVE, INC.'S UNOPPOSED MOTION FOR AN INITIAL SEVENTEEN DAY EXTENSION OF TIME TO FILE THEIR INITIAL BRIEF INTEREST were served upon registered counsel by operation of the Court's CM/ECF system on October 27, 2015.

By: /s/ Thomas M. Peterson
Thomas M. Peterson

DB1/ 85045645.2